IN THE UNITED STATE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

Date: August 15, 2001

TO: ALL COUNSEL OF RECORD

RE: CIVIL ACTION NO. *96-0606-P-C*

*FIRST COLONY LIFE IN S CO*   vs.   *GEORGE W. MARTIN, ET AL*

---

You are advised that on the 14th day of August, 2001, the following action was taken in the above-styled action by Honorable Virgil Pittman, Senior United States District Judge:

Notice filed by George Martin of withdrawal of counsel, Royce A. Ray, III and continuance of representation by George W. Finkbohner, III (doc. 91) endorsed GRANTED.

CHARLES R. DIARD, CLERK

By: *[signature]*
Deputy Clerk