IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FIRST COLONY LIFE INSURANCE ) | |
| COMPANY, a corporation, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 96-0606-P-C |
| ) | |
| GEORGE W. MARTIN, and ) | |
| JEROME JACKSON, SR., ) | |
| ) | |
|     Defendants. ) | |

## AMENDED JUDGMENT

In accordance with this court's Order Lifting Stay and Granting Summary Judgment dated April 19, 2004, and the court's Amended Order to Disburse Funds entered this date, it is ORDERED, ADJUDGED, and DECREED that Judgment in this interpleader action is hereby entered in favor of defendant/claimant Jerome Jackson, Sr., and against defendant/claimant George W. Martin, in the amount of $268,334.36 ($204,189.90 including interest from February 16, 1996, to June 24, 1996, plus interest through June 23, 2004 in the amount of $73,913.00, less $2,377.24, in attorney's fees, costs, and expenses previously awarded to plaintiff, less this court administrative fee in the amount of $7,391.30 or 10% of total interest earned ($73,913.00 x 10% = $7,391.30)) ($204,189.90 - $2,377.24 = $201,812.66) + $73,913.00 = $275,725.66) - $7,391.30 = $268,334.36)).

It is further ORDERED, ADJUDGED, and DECREED that the Amended Judgment award in the amount of $268,334.36, be disbursed by the Clerk of Court to defendant/claimant Jackson's designee, Hand Arendall, L.L.C., P.O. Box 123, Mobile, Alabama 36601, under Tax Identification

No. 63-0259798, on Mr. Jackson's behalf.

No additional costs to be taxed.  This Amended Judgment terminates this litigation.

DONE this 23th day of June, 2004.

                                           S/Virgil Pittman
                                           SENIOR UNITED STATES DISTRICT JUDGE